GENESE K. DOPSON (SBN 108333)
Email: Genese.Dopson@WilsonElser.com
BETH FRUECHTENICHT ANEY (SBN 208847)
Email: Beth.Aney@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendant,
ACUMED, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL RAY MITCHELL,<br><br>          Plaintiff,<br><br>     v.<br><br>ACUMED, LLC, and DOES 1 through 100, inclusive,<br><br>          Defendant. | Case No.:  C 11-00752 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Hon. Samuel Conti<br><br>Dept:   Courtroom 1 – 17th Floor |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO AS FOLLOWS:

1.  The status conference currently on calendar for June 10, 2011 before this Court should be vacated and continued to August 26, 2011 at 10:00 a.m. in Courtroom One.

2.  Good cause justifies the vacating and continuance of this status conference. Defendant Acumed, LLC ("Acumed") petitioned for removal from state court to this Court and Plaintiff Randall Ray Mitchell ("Plaintiff") filed a motion for remand to state court. On May 26, 2011, this Court issued an order requesting supplemental briefing in relation to Plaintiff's motion for remand. By way of this May 26, 2011 order, Acumed's supplemental brief is due filed June 2,

2011 and Plaintiff's supplemental brief due filed June 9, 2011. A status conference on June 10, 2011 will therefore be premature as Plaintiff's motion for remand will not yet be resolved. Should Plaintiff's motion for remand to state court be granted, the status conference before this Court will have been an inefficient use of judicial time and court resources.

3. The parties therefore respectfully request that the Court issue an order consistent with this stipulation, vacating the June 10, 2011 status conference and continuing it to the next available status conference date, August 26, 2011 at 10:00 a.m. in Courtroom One. A joint status conference statement shall be due filed by the parties no later than seven (7) days prior to the status conference date.

SO STIPULATED.

DATED: June 1, 2011        WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP

                                      /s/ Beth Fruechtenicht-Aney

                                      By:_____
                                            Genese K. Dopson
                                            Beth Fruechtenicht Aney
                                            Attorneys for Defendant
                                            ACUMED, LLC

DATED: June 1, 2011        LAW OFFICES OF J. FRANK GEORGE, APC

                                      /s/ J. Frank George

                                      By:_____
                                            J. Frank George
                                            Attorneys for Plaintiff
                                            Randall Ray Mitchell

*** ORDER***

IT IS SO ORDERED.

Dated: June 1, 2011        _____
                                      UNITED STATES DISTRICT [JUDGE]

                                      *[Stamp: IT IS SO ORDERED. Judge Samuel Conti. United States District Court, Northern District of California]*

**CERTIFICATE OF SERVICE**
*Randall Ray Mitchell v. Acumed, LLC*
United States District Court, Northern District of California
Court Case No.: C 11-00752 SC

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐: **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐: **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐: **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

J. Frank George, Esq.                *Attorneys for Plaintiff*
912 Lootens Place, Second Floor      *Randall Ray Mitchell*
San Rafael, CA 94901
Ph: 415.456.2040
Fax: 415.456.5887

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on June 1, 2011 at San Francisco, California.

                 */s/ Richean Martin*
                    Richean Martin

1  GENESE K. DOPSON (SBN 108333)
   Email: Genese.Dopson@WilsonElser.com
2  BETH FRUECHTENICHT ANEY (SBN 208847)
   Email: Beth.Aney@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105
5  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
6
7  Attorneys for Defendant,
   ACUMED, LLC
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL RAY MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>ACUMED, LLC, and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No.:  C 11-00752 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Hon. Samuel Conti<br><br>Dept:  Courtroom 1 – 17th Floor |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO AS FOLLOWS:

1.  The status conference currently on calendar for June 10, 2011 before this Court should be vacated and continued to August 26, 2011 at 10:00 a.m. in Courtroom One.

2.  Good cause justifies the vacating and continuance of this status conference. Defendant Acumed, LLC ("Acumed") petitioned for removal from state court to this Court and Plaintiff Randall Ray Mitchell ("Plaintiff") filed a motion for remand to state court. On May 26, 2011, this Court issued an order requesting supplemental briefing in relation to Plaintiff's motion for remand. By way of this May 26, 2011 order, Acumed's supplemental brief is due filed June 2,

2011 and Plaintiff's supplemental brief due filed June 9, 2011. A status conference on June 10, 2011 will therefore be premature as Plaintiff's motion for remand will not yet be resolved. Should Plaintiff's motion for remand to state court be granted, the status conference before this Court will have been an inefficient use of judicial time and court resources.

3. The parties therefore respectfully request that the Court issue an order consistent with this stipulation, vacating the June 10, 2011 status conference and continuing it to the next available status conference date, August 26, 2011 at 10:00 a.m. in Courtroom One. A joint status conference statement shall be due filed by the parties no later than seven (7) days prior to the status conference date.

SO STIPULATED.

DATED: June 1, 2011       WILSON, ELSER, MOSKOWITZ,
                          EDELMAN & DICKER LLP

                          /s/ Beth Fruechtenicht-Aney

                          By:_____
                          Genese K. Dopson
                          Beth Fruechtenicht Aney
                          Attorneys for Defendant
                          ACUMED, LLC

DATED: June 1, 2011       LAW OFFICES OF J. FRANK GEORGE, APC

                          /s/ J. Frank George

                          By:_____
                          J. Frank George
                          Attorneys for Plaintiff
                          Randall Ray Mitchell

***ORDER***

IT IS SO ORDERED.

Dated: _____    _____
                          UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE
*Randall Ray Mitchell v. Acumed, LLC*
United States District Court, Northern District of California
Court Case No.: C 11-00752 SC

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐ : **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒ : **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

J. Frank George, Esq.                              *Attorneys for Plaintiff*
912 Lootens Place, Second Floor         *Randall Ray Mitchell*
San Rafael, CA 94901
Ph: 415.456.2040
Fax: 415.456.5887

3

C 11-00752 SC
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

688865.1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on June 1, 2011 at San Francisco, California.

                               */s/ Richean Martin*
                                  Richean Martin