# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL RAY MITCHELL,<br><br>      Plaintiff,<br><br>      v.<br><br>ACUMED, LLC,<br><br>      Defendant. | Case No. 11-cv-00752 SC (NC)<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 59 |

This Court will hold a discovery status conference and hearing on defendant Acumed's motion to compel and motion for discovery sanctions on January 25, 2012, at 9:00 a.m. Dkt. No. 59. On January 4, 2012, the Court ordered plaintiff's counsel, after conferring with defendant's counsel, to file a discovery status conference statement by January 18, 2012. Dkt. No. 59. No statement was filed.

IT IS ORDERED that plaintiff's counsel, Robert Ingram, appear on January 25, 2012 at 9:00 a.m., before Magistrate Judge Nathanael Cousins, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, to show cause why sanctions should not be imposed against plaintiff and his counsel for their failure to comply with court orders. The Court received e-mail correspondence from one of plaintiff's counsel, J. Frank George, regarding his current medical condition. This, however, does not excuse plaintiff and his other counsel of record, Mr. Ingram, for their failure to follow court orders.

DATED: January 23, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-00752 SC (NC)
ORDER TO SHOW CAUSE