GENESE K. DOPSON (SBN 108333)
Email: Genese.Dopson@WilsonElser.com
BETH FRUECHTENICHT ANEY (SBN 208847)
Email: Beth.Aney@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant,
ACUMED, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL RAY MITCHELL,<br><br>            Plaintiff,<br><br>     v.<br><br>ACUMED, LLC, and DOES 1 through 100, inclusive,<br><br>            Defendant. | Case No.:  C 11-00752 SC<br><br>**JOINT STATUS REPORT RE MEET AND CONFER, DISCOVERY PLAN AND [PROPOSED] ORDER** |

The parties appeared before Hon. Magistrate Judge Nathanial Cousins on January 25, 2012, for the hearing on the Motion to Compel and Motion for Sanctions brought by defendant Acumed LLC, attorney Robert B. Ingram appearing on behalf of plaintiff Randall Ray Mitchell and attorney Genese K. Dopson of Wilson Elser, Moskowitz, Edelman & Dicker LLP appearing on behalf of Acumed LLC, and a true and correct copy of the reporter's transcript of said proceeding attached hereto as Exhibit A.  .Pursuant to Hon. Magistrate Judge Cousins' Order at the conclusion of said hearing, attorneys for the parties engaged in a "meet and confer" session on January 31, 2012 to discuss discovery issues and to designate a Discovery Plan.  Pursuant to said "meet and confer" plaintiff and defendant submit as follows:

1. <u>Acumed LLC's Request for Production, Set One</u>: At said "meet and confer" plaintiff produced all documents responsive to Request for Production number 1, namely documents relating to the arbitration proceedings with Kaiser Permanente relating to plaintiff's alleged injuries to his left wrist due to alleged medical malpractice. Plaintiff also produced all documents responsive to Request for Production number 4, namely a copy of the settlement agreement between plaintiff and Kaiser Permanente. Documents related to requests for production numbers 5 and 6 are voluminous and have been sent to a copy service and will be produced by plaintiff to defendant as soon as copying is completed.

2. <u>Acumed LLC's Request for Production, Set Two</u>: Pursuant to the Discovery Plan attached hereto as Exhibit B, Plaintiff will produce the subject medical device on request of defendant Acumed, LLC, on or before June 15, 2012.

3. <u>Acumed LLC's Interrogatories, Set One</u>: Plaintiff shall serve verified interrogatory responses by February 15, 2012.

4. <u>Acumed LLC's Requests for Admission, Set One</u>: Plaintiff shall serve verified responses to request for admission, set one, on or before February 10, 2012.

5. <u>Discovery Plan</u>: The parties have established and agree to the Discovery Plan attached hereto as Exhibit B.

6. <u>Other Matters</u>: At this time, the parties have no additional matters which need to be addressed with the exception of Acumed LLC's request for sanctions and the parties have designated a section in the proposed order for this issue to be addressed.

DATED: February 6, 2012  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Genese K. Dopson*
Beth Fruechtenicht Aney
Attorneys for Defendant
ACUMED, LLC

DATED: February 6, 2012  LAW OFFICE OF J. FRANK GEORGE
LAW OFFICE OF ROBERT B. INGRAM

By: */s/ Robert B. Ingram*
Robert B. Ingram
Attorneys for Plaintiff
RANDALL RAY MITCHELL

**[PROPOSED]** ORDER

After consideration of the briefs argument of counsel, this submission of a joint status report re meet and confer and discovery plan, and all other matters before the Court, **IT IS HEREBY ORDERED** that:

1. The dates and deadlines set out in the Joint Status Report are accepted as dates and deadlines issued herein;

2. The dates and deadlines set out in the Discovery Plan (Exhibit B) are accepted as dates and deadlines issued herein;

3. Court to address sanctions in a separate order.

Dated:   February 7, 2012



_____
Nathanael M. Cousins
United States Magistrate Judge