UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL RAY MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>ACUMED, LLC, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: C 11-00752 SC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE** |

GOOD CAUSE APPEARING, pursuant to the Stipulation re Voluntary Dismissal with Prejudice, this matter is dismissed.

DATED: 7/2/12

JUDGE
United States

IT IS SO ORDERED
Judge Samuel Conti

ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

647727.1